| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Lifesavers Home Respiratory, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
**61-1411636**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2525 Drane Field Road #14**<br>**Lakeland, FL 33811**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership  
☐ Other. Specify: _____

Debtor  **Lifesavers Home Respiratory, Inc.**                                    Case number (*if known*)  _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

Debtor  **Lifesavers Home Respiratory, Inc.**          Case number (*if known*)  _____
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other  _____

  **Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency  _____
            Contact name       _____
            Phone              _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Lifesavers Home Respiratory, Inc.**    Case number (*if known*)
          Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 9, 2016**
             MM / DD / YYYY

X **/s/ Michael A. Minacci**                          **Michael A. Minacci**
  Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Alberto F. Gomez, Jr.**                        Date  **March 9, 2016**
  Signature of attorney for debtor                           MM / DD / YYYY

**Alberto F. Gomez, Jr.**
Printed name

**Johnson, Pope, Bokor, Ruppel**
Firm name

**& Burns, LLP**
**PO Box 1100**
**Tampa, FL 33601**
Number, Street, City, State & ZIP Code

Contact phone  **813-225-2500**    Email address

**784486**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re: **Lifesavers Home Respiratory, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 9, 2016**

**/s/ Michael A. Minacci**
**Michael A. Minacci**/**President**
Signer/Title

Lifesavers Home Respiratory, Inc.
2525 Drane Field Road #14
Lakeland, FL 33811

Bank of America
po Box 982238
El Paso, TX 79998

Iron Mountain
1101 Enterprise Dr.
Royersford, PA 19426

Alberto F. Gomez, Jr.
Johnson, Pope, Bokor, Ruppel
 & Burns, LLP
PO Box 1100
Tampa, FL 33601

Branch Banking & Trust
PO Box 580048
Charlotte, NC 28258-0048

Key Equipment
PO Box 74713
Cleveland, OH 44194

3B Medical, Inc.
799 Overlook Drive
Winter Haven, FL 33884

Bush Ross, PA
PO Box 3913
Tampa, FL 33601-3913

Leaf Capital Funding, LLC
2005 Market Street, 15th FL
Philadelphia, PA 19103

AG Industries
PO Box 270099
Saint Louis, MO 63127

Canon Financial Services
14904 Collections Center Dr
Chicago, IL 60693-0149

Mada Medical Products, Inc.
625 Washington Ave.
Carlstadt, NJ 07072

Airgas USA, LLC
2015 Vaughn Road #400
Kennesaw, GA 30144

Chris Wendland
Clark, Butler, Walsh & Haman
PO Box 596
Waterloo, IA 50704

MBC Ventures, LLC
4509 Knight Road
Macon, GA 31220

Ally Auto Finance
PO Box 9001948
Louisville, KY 40290-1948

Drive Medical Design & Manuf
PO Box 842450
Boston, MA 02284

Medcyl Services, Ltd
4236 N Orange Blossom Trail
Orlando, FL 32804

American Express
PO Box 650448
Dallas, TX 75265-0448

Equipment Leasing Services
11030 Circl Point Road
Broomfield, CO 80020

Medical Services of America
PO Box 650292
Dallas, TX 75265-0292

Andrew Mongelluzzi, Esq
Clearwater Business Law, LLC
30846 US Hwy 19 N.
Palm Harbor, FL 34684

Florida Department of Revenu
5050 W. Tennessee Street
Tallahassee, FL 32399-0100

Michael A. Minacci
2525 Drane Field Road #14
Lakeland, FL 33811

Austin Respiratory Equipment
1676 N. Belcher Road
Clearwater, FL 33765

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Probasics
2nd Floor, Unit F
15 South Main Street
Marlboro, NJ 07746

Resmed Corp
9001 Spectrum Center Blvd.
San Diego, CA 92123

Verizon--0001
PO Box 920041
Dallas, TX 75392-0041

Respironics, Inc.
3000 Minuteman Road
Andover, MA 01810

VGM Financial Services
1111 W. San Marnan Dr. #A2
Waterloo, IA 50701-8926

Rivero Gordimer
One Tampa City Center #2600
201 N. Franklin St.
Tampa, FL 33602

Wells Fargo Bank, N.A.
Suite 400
300 Tri-State International
Lincolnshire, IL 60069

Shred It
PO Box 13574
Newark, NJ 07188-3574

West Lakeland Business Partn
2600 South Florida Ave.
Lakeland, FL 33803

Stacey S. Fisher, Esq.
Sprechman & Fisher, PA
2775 Sunny Isles Blvd #100
North Miami Beach, FL 33160-4007

Staples Credit Plan
Dept. 51, 7861011392
PO Box 78004
Phoenix, AZ 85062-8004

Stericycle Communications
26604 Network Place
Chicago, IL 60673-1266

Sunset Healthcare Solutions
180 N Michigan Ave #2000
Chicago, IL 60601

Vendor Lease Mgmt Group
1719 Route 10 East  #306
Parsippany, NJ 07054